IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>STEVILLE D. BURNS,<br><br>                Defendant. | **8:23CR96**<br><br>**ORDER** |

      On May 12, 2025 the court held a hearing on the motion of Attorney Jason E. Troia to withdraw as counsel for the defendant, Steville D. Burns. (Filing No. 112). Jason E. Troia represented that there has been a breakdown in communication. After inquiry of the Defendant and his counsel, the court granted Jason E. Troia's motion to withdraw (Filing No. 112). The court further inquired as to Defendant's financial status. The court found that Defendant was indigent and re-appointed the Federal Public Defender to represent Defendant.

      Yvonne D. Sosa, of the Federal Public Defender's office is re-appointed to represent Steville D. Burns for the balance of these proceedings. Jason E. Troia shall forthwith provide Yvonne D. Sosa with the discovery materials provided the defendant by the government and such other materials obtained by Jason E. Troia which are material to Steville D. Burns' defense.

      The clerk shall provide a copy of this order to Yvonne D. Sosa.

      Dated this 13th day of May, 2025.

                                                            BY THE COURT:

                                                            s/ Ryan C. Carson
                                                            United States Magistrate Judge